IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-691-GCM

| | |
|---|---|
| REED PROPERTIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| CONCENTRA HEALTH SERVICES, INC. | ) |
| and CONCENTRA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **STEVE P. TEPERA,** filed November 5, 2012 [doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Tepera is admitted to appear before this court *pro hac vice* on behalf of plaintiff Reed Properties, LLC.

**IT IS SO ORDERED.**

Signed: November 6, 2012

Graham C. Mullen
United States District Judge