IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-691-GCM

| | |
|---|---|
| REED PROPERTIES, LLC, ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| CONCENTRA HEALTH SERVICES, INC. ) | |
| and CONCENTRA, INC., ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **STEVE P. TEPERA**, filed November 5, 2012 [doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Tepera is admitted to appear before this court *pro hac vice* on behalf of plaintiff Reed Properties, LLC.

**IT IS SO ORDERED.**

Signed: November 6, 2012

Graham C. Mullen
United States District Judge