IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:12-cv-00691-GCM

REED PROPERTIES, LLC,

        Plaintiff,

v.

CONCENTRA HEALTH SERVICES, INC.
and CONCENTRA INC.,

        Defendants.

**ORDER AMENDING PRETRIAL ORDER AND CASE MANAGEMENT PLAN**

    AND NOW, having considered the JOINT MOTION TO MODIFY PRETRIAL ORDER AND CASE MANAGEMENT PLAN (ECF No. 11) and upon good cause shown, IT IS HEREBY ORDERED THAT the Pretrial Order and Case Management Plan (ECF No. 10) is amended as follows:

    a.    Modification of Paragraph I(A) as follows:

    EXPERTS: Reports from retained experts will be due:
        -from plaintiff(s) by August 9, 2013;
        - from defendant(s) by September 13, 2013.

    b.    Modification of Paragraph I(F) as follows:

    DISCOVERY COMPLETION: All fact discovery shall be completed by October 25, 2013.

    c.    Modification of Paragraph II(A) as follows:

    MOTIONS DEADLINE: Dispositive motions will be filed by November 15, 2013.

All other provisions in the Pretrial Order and Case Management Plan (ECF No. 10) remain in force and effect.

IT IS SO ORDERED

Signed: June 13, 2013

Graham C. Mullen
United States District Judge