IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:12-cv-00691-GCM

| | |
|---|---|
| REED PROPERTIES, LLC,<br>    Plaintiff,<br>v.<br>CONCENTRA HEALTH SERVICES, INC.<br>and CONCENTRA INC.,<br>    Defendants. | **ORDER** |

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Leave to File Sur-Reply to Address Inadvertent Error Regarding Date Complaint was Filed. Based on the representations to the Court, the consent of Plaintiff, and for good cause shown;

IT IS ORDERED that Defendants' Unopposed Motion for Leave to File Sur-Reply to Address Inadvertent Error Regarding Date Complaint was Filed is GRANTED, and Defendants may file the Sur-Reply attached as Exhibit A to the Motion within two (2) business days of the date of this Order.

Signed: December 19, 2013

Graham C. Mullen
United States District Judge