IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-691-GCM

| | |
|---|---|
| REED PROPERTIES, Plaintiff, v.<br><br>CONCENTRA HEALTH SERVICES, INC., and CONCENTRA, INC., Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Rola Daaboul,** filed December 23, 2013 [doc.# 40].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Daaboul is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Reed Properties.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Graham C. Mullen
United States District Judge