# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-CV-691-GCM

| | | |
|---|---|---|
| **REED PROPERTIES, LLC,** | ) | |
|    Plaintiffs, | ) | |
| | ) | **ORDER** |
|  v. | ) | |
| | ) | |
| **CONCENTRA HEALTH SERVICES,** | ) | |
| **INC.,** *et al,* | ) | |
|    Defendants. | ) | |

  THIS MATTER is before the court upon its own motion. Due to pending Motions for Summary Judgment in the above captioned case, this trial is **RE-SET for June 9, 2014.**

  IT IS SO ORDERED.

Signed: January 2, 2014

Graham C. Mullen
United States District Judge