IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV691

| | | |
|---|---|---|
| REED PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CONCENTRA HEALTH SERVICES, | ) | |
| INC. and CONCENTRA INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     This matter is before the Court upon Plaintiff's Motion to Exclude Testimony of Carol Fortenberry (Doc. No. 22). The Court has reviewed the filings of the parties with regard to this motion. The Court finds that Ms. Fortenberry's proffered opinions appear to satisfy the requirements of Federal Rule of Evidence 702. Accordingly,

     IT IS THEREFORE ORDERED that Plaintiff's motion is hereby denied.

Signed: May 5, 2014

Graham C. Mullen
United States District Judge